# STAMPUR & ROTH
## ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

**MEMO ENDORSED**

Application **GRANTED.**

**SO ORDERED.**

The Hon. Ona T. Wang                    07/22/2022
United States Magistrate Judge

July 22, 2022

**By ECF**

Honorable Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:**    *United States v. Ashly Camacho-Soto*, 22-MAG-1758

Dear Judge Wang:

I am counsel of record for Ashly Camacho-Soto in the above-captioned case. I write with the consent of Pretrial Services to request a modification of Ms. Camacho-Soto's bail conditions to have her location monitoring device removed. All other conditions of her bail will remain in place. Ms. Camacho-Soto has been fully compliant with the conditions of her release.

AUSA Thomas Burnett has no objection to this request.

Thank you for your attention to this matter.

Very truly yours,

James Roth, Esq.

cc:    AUSA Thomas Burnett (By ECF)
       PTO Lauren Gialanella (By Email)

JR/Camacho-Soto/Ltr Rqst to Ct/Mod Bail Cond